Lula Theivagt, administratrix of the estate of Anna Mae Theivagt, deceased, appellant, v. Johnson Oil Refining Company, appellee. Gen. No. 8,908.

Opinion filed July 17, 1935.

Costigan & Wollrab, for appellant. R. C. DeMange, for appellee.

Mr. Justice Allaben delivered the opinion of the court.

Dorothy Jacobus, appellee, v. Stephen Hadsall, appellant. Gen. No. 8,911.

Opinion filed July 17, 1935.

A. E. Taff and Floyd F. Putman, for appellant; Ralph Dempsey, of counsel. Joseph V. Toohill and G. Ray Senift, for appellee.

Mr. Justice Allaben delivered the opinion of the court.

Arthur A. Marer and Company, appellant, v. Estate of M. J. Wolford, deceased, et al., appellees. Gen. No. 8,769.

Opinion filed July 17, 1935. Rehearing denied October 1, 1935.

Hutton & Clark, for appellant. J. C. Woodbury, Gunn, Penwell & Lindley and Acton, Acton & Baldwin, for appellees.

Mr. Justice Davis delivered the opinion of the court.

The People of the State of Illinois ex rel. Edward J. Barrett v. Liberty State Bank of Bloomington.

William L. O'Connell, appellee, v. Will F. Costigan et al., defendants. City of Bloomington, appellant. Gen. No. 8,845.

Opinion filed July 17, 1935. Rehearing denied October 17, 1935.

Thomas S. Weldon and Barry & Barry, for appellant. Carter Pietsch and Morrissey & Morrissey, for appellee; John J. Morrissey and John O. Morrissey, of counsel.

Mr. Justice Davis delivered the opinion of the court.